IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELLIE CHASTAIN JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-1793-M |
| | § | |
| WELLS FARGO BANK, NA, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendants' motion to strike [Dkt. No. 29] is DENIED. Plaintiff does not seek to be designated as an expert witness under Federal Rule of Evidence 702 but is permitted to provide lay opinion testimony under Federal Rule of Evidence 701 about the value of her home and extent of her damages.

SO ORDERED this 20th day of February, 2014.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS